| | |
|---|---|
| 1 | David R. Johanson (SBN 164141) |
| | David.Johanson@jacksonlewis.com |
| 2 | Monica R. Patel (SBN 281786) |
| | Monica.Patel@jacksonlewis.com |
| 3 | Jamie Y. Lee (SBN 228389) |
| | Jamie.Lee@jacksonlewis.com |
| 4 | JACKSON LEWIS LLP |
| | 725 South Figueroa Street, Suite 2500 |
| 5 | Los Angeles, California 90017-5408 |
| | Telephone: (213) 689-0404 |
| 6 | Facsimile: (213) 689-0430 |

**IT IS SO ORDERED**
Judge Edward J. Davila
9/12/2013

Attorneys for Defendant
J. BASIL MATTINGLY, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC., a California corporation, | CASE NO.: CV 13-02744 EJD |
| | **STIPULATION OF COUNSEL FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD** |
| Plaintiff, | |
| vs. | |
| JOHN H. RASNICK, J. BASIL MATTINGLY, WILL RASNICK, and PARKER MATTINGLY, individuals resident in Kentucky; and M&R SOLUTIONS, LLC, a dissolved Kentucky Limited Liability Company, | |
| Defendants. | |
| | Complaint filed:    June 14, 2013 |

**STIPULATION OF COUNSEL FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

Plaintiff CLEAR-VIEW TECHNOLOGIES, INC., a California corporation, and Defendants JOHN H. RASNICK, J. BASIL MATTINGLY, WILL RASNICK, PARKER MATTINGLY, and M&R SOLUTIONS, LLC (collectively, "Defendants"), through counsel, hereby stipulate and agree pursuant to Local Rule 7.4(b)(2), that Defendants

may have a ten (10) day extension of time, through and including September 20, 2013, within which to answer, move or otherwise plead in response to the Complaint. The parties certify that one prior extension of time has been granted and that the requested extension is not being sought for the purposes of delay.

**September 10, 2013**

| | |
|---|---|
| **Respectfully Submitted,** | **Respectfully Submitted,** |
| **COLT / WALLERSTEIN LLP** | **JACKSON LEWIS LLP** |
| By:/s/ Thomas E. Wallerstein | By:/s/ David R. Johanson |
| Thomas E. Wallerstein | David R. Johanson |
| Shorebreeze II | 725 South Figueroa Street, Suite 2500 |
| 255 Shoreline Drive, Suite 540 | Los Angeles, CA 90017 |
| Redwood Shores, California 94065 | Telephone: (213) 630-8211 |
| Telephone : (650) 453-1980 | Facsimile: (213) 689-0430 |
| Facsimile : (650) 453-1980 | |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| **CLEAR-VIEW TECHNOLOGIES, INC., a California corporation** | **JOHN H. RASNICK, J. BASIL MATTINGLY, WILL RASNICK PARKER MATTINGLY and M&R SOLUTIONS, LLC** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2013, a copy of the foregoing was filed electronically via the Court's ECF Notice System. Notice of this filing will be sent to all parties by operation of the Court's electronic system.

/s/  David R. Johanson

4821-8543-2085, v. 1