```
David R. Johanson (SBN 164141)
David.Johanson@jacksonlewis.com
Monica R. Patel (SBN 281786)
Monica.Patel@jacksonlewis.com
Jamie Y. Lee (SBN 228389)
Jamie.Lee@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

Attorneys for Defendant
J. BASIL MATTINGLY, et al.
```

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
11/22/2013

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN H. RASNICK, J. BASIL MATTINGLY, WILL RASNICK, and PARKER MATTINGLY, individuals resident in Kentucky; and M&R SOLUTIONS, LLC, a dissolved Kentucky Limited Liability Company,<br><br>Defendants. | **CASE NO.: CV 13-02744** EJD<br><br>**JOINT STIPULATION OF COUNSEL TO CONTINUE STATUS CONFERENCE**<br><br><br><br><br><br>Complaint filed:   June 14, 2013 |

## JOINT STIPULATION OF COUNSEL TO CONTINUE STATUS CONFERENCE

Plaintiff CLEAR-VIEW TECHNOLOGIES, INC., a California corporation, ("Plaintiff") and Defendants JOHN H. RASNICK, J. BASIL MATTINGLY, WILL RASNICK, PARKER MATTINGLY, and M&R SOLUTIONS, LLC (collectively, "Defendants"), through counsel, hereby stipulate and agree pursuant to Local Rule 7.12

to continue the Status Conference in this matter scheduled for December 6, 2013 to January 10 2014 at 10:00 a.m. The parties shall file a joint case management conference statement on or before January 3, 2014.

**November 21, 2013**

| | |
|---|---|
| **Respectfully Submitted,** <br> **COLT / WALLERSTEIN LLP** | **Respectfully Submitted,** <br> **JACKSON LEWIS LLP** |
| By:/s/ Thomas E. Wallerstein <br> Thomas E. Wallerstein <br> Shorebreeze II <br> 255 Shoreline Drive, Suite 540 <br> Redwood Shores, California 94065 <br> Telephone : (650) 453-1980 <br> Facsimile : (650) 453-1980 | By:/s/ David R. Johanson <br> David R. Johanson <br> 725 South Figueroa Street, Suite 2500 <br> Los Angeles, CA 90017 <br> Telephone: (213) 630-8211 <br> Facsimile: (213) 689-0430 |
| ATTORNEYS FOR PLAINTIFF <br> **CLEAR-VIEW TECHNOLOGIES, INC., a California corporation** | ATTORNEYS FOR DEFENDANTS <br> **JOHN H. RASNICK, J. BASIL MATTINGLY, WILL RASNICK PARKER MATTINGLY and M&R SOLUTIONS, LLC** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 21, 2013, a copy of the foregoing was filed electronically via the Court's ECF Notice System. Notice of this filing will be sent to all parties by operation of the Court's electronic system.

/s/ David R. Johanson