UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CLEAR-VIEW TECHNOLOGIES, INC.,, | Case No. 13-cv-02744-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| JOHN H. RASNICK, et al., | |
| Defendants. | |

On 05/14/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 11/07/2014 |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 03/12/2015 at 9:00 am |
| Final Pretrial Conference | 05/28/2015 at 2:30 pm |
| Trial | 06/08/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT Motion to Amend Answer is due 05/28/2014.
6    IT IS FURTHER ORDERED THAT the parties are to meet, confer and submit a proposed
7 stipulation setting discovery cut-off dates.

Dated: May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge