UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC.,,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN H. RASNICK, et al.,<br><br>    Defendants. | Case No.  13-cv-02744-BLF<br><br>**ORDER VACATING AUGUST 21, 2014 HEARING** |

Before the Court is Defendants' Motion for Leave to File an Amended Answer, Statement of Additional Defenses, and Counterclaims (ECF 52), which Plaintiff opposes. The Motion is presently scheduled to be heard by the Court on August 21, 2014, at 9:00 A.M.

Pursuant to Civil Local Rule 7-1(b), the Court finds this Motion appropriate for disposition without oral argument. As such, the hearing is VACATED and the Motion shall be submitted on the papers.

**IT IS SO ORDERED.**

Dated: August 11, 2014

_____
BETH LABSON FREEMAN
United States District Judge