1
2
3
4
5
6
7
8

David R. Johanson (SBN 164141)
David.Johanson@jacksonlewis.com
Douglas A. Rubel (*Admitted Pro Hac Vice*)
Douglas.Rubel@jacksonlewis.com
Jamie Y. Lee (SBN 228389)
Jamie.Lee@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

9
10
11

Attorneys for Defendants
JOHN H. RASNICK, J. BASIL MATTINGLY,
WILL RASNICK, PARKER MATTINGLY, AND
M&R SOLUTIONS, LLC

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN JOSE DIVISION

15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLEAR-VIEW TECHNOLOGIES, INC, a
California corporation,

         Plaintiff,

   vs.

JOHN H. RASNICK, J. BASIL
MATTINGLY, WILL RASNICK, and
PARKER MATTINGLY, individuals
resident in Kentucky; and M&R
SOLUTIONS, LLC, a dissolved Kentucky
Limited Liability Company,

         Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO. 5:13-cv-02744-BLF**

**NOTICE OF UNAVAILABILITY OF
COUNSEL**

Judge Beth Labson Freeman
Magistrate Judge Paul Singh Grewal

Complaint filed:    June 14, 2013
FAC filed:        March 19, 2014

TO THE COURT AND TO ALL COUNSEL OF RECORD:

Please be advised that DAVID R. JOHANSON and DOUGLAS A. RUBEL, counsel for Defendants, JOHN H. RASNICK, J. BASIL MATTINGLY, WILL RASNICK, PARKER MATTINGLY, and M&R SOLUTIONS, LLC, a dissolved Kentucky limited liability company (collectively, "Defendants") will be unavailable for any hearings, motions, depositions, trial, or other required court appearances, and will additionally be unavailable to actively respond to any proposals or motions that may be filed, due and/or heard during this period of said absence.

Both counsel are currently engaged in a trial in the United States District Court for the Southern District of Mississippi, Northern Division, in Jackson, Mississippi, styled, *Thomas E. Perez, Secretary of the United States Department of Labor v. Herbert C. Bruister, et al.*, Case 3:13-cv-1001-DPJ-FKB, consolidated with *Joel D. Rader, et al. v. Herbert C. Bruister, et al.*, Case 3:13-cv-1081-DPJ-FKB, which was initially scheduled for a two-week trial beginning August 4, 2014.  That trial has taken longer than expected and is now expected to continue for four weeks, through August 29, 2014.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Please be advised that purposely scheduling a conflicting proceeding without good

2   cause is sanctionable conduct.  *See, e.g.*, *Tenderloin Housing Clinic v. Sparks* (1988) 8

3   Cal.App.4th 299.

4

5   Dated:  August 15, 2014                 Respectfully Submitted,

6                                           JACKSON LEWIS P.C.

7
                                            By:  /s/ David R. Johanson
8                                           David R. Johanson
9                                           725 South Figueroa Street, Suite 2500
                                            Los Angeles, CA 90017
10                                          Telephone: (213) 630-8211
11                                          Facsimile:  (213) 689-0430

12                                          Douglas A. Rubel
13                                          1400 Crescent Green, Suite 215
                                            Cary, North Carolina  27518
14                                          Telephone: (919) 424-8602
15                                          Facsimile: (919) 854-0908

16                                          Jamie Y. Lee
17                                          725 South Figueroa Street, Suite 2500
                                            Los Angeles, CA 90017
18                                          Telephone: (213) 630-8217
19                                          Facsimile:  (213) 689-0430

20                                          ATTORNEYS FOR
21                                          DEFENDANTS/COUNTERCLAIM
                                            PLAINTIFFS JOHN H. RASNICK, J.
22                                          BASIL MATTINGLY, WILL
                                            RASNICK, PARKER MATTINGLY,
23                                          and M&R SOLUTIONS, LLC

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 15, 2014, I caused a copy of the foregoing to be filed electronically via this Court's ECF Notice System. Notice of this filing will be sent to all parties by operation of this Court's electronic system.

JACKSON LEWIS P.C.

By:    /s/  David R. Johanson
David R. Johanson
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 630-8211
Facsimile:  (213) 689-0430

ATTORNEYS FOR DEFENDANTS JOHN H. RASNICK, J. BASIL MATTINGLY, WILL RASNICK, PARKER MATTINGLY, and M&R SOLUTIONS, LLC

4837-2010-6781, v.  1