UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>JOHN H. RASNICK, J. BASIL MATTINGLY, WILL RASNICK and PARKER MATTINGLY, individuals residing in Kentucky; and M&R SOLUTIONS, LLC, a dissolved Kentucky Corporation.<br><br>　　　　　　Defendants. | CASE NO. CV13-02744-BLF-PSG<br><br>[~~PROPOSED~~] ORDER MODIFYING SCHEDULE SET FORTH IN ORDER DATED SEPTEMBER 9, 2014<br><br>Filing Date:　June 14, 2013<br>Trial Date:　　June 8, 2015 |

　　　THE COURT, having considered the parties' positions as set forth during the telephonic conference held on September 18, 2014; and GOOD CAUSE appearing therefor;

　　　HEREBY ORDERS THAT the schedule set forth in the Court's Order dated September 9, 2014 (Dkt. No. 76), shall be modified as follows:

　　　Defendants J. Basil Mattingly and Parker Mattingly shall appear within the Northern District of California on or before October 3, 2014 to be deposed regarding document preservation and production issues;

　　　The parties are still to meet and confer by September 23, 2014 regarding a plan to conduct a forensic collection and analysis of all media associated with each named Defendant, and to submit a joint plain for the Court's approval no later than September 30, 2014; and

//
//
//
//
//

1  All media identified at the deposition of Defendants J. Basil Mattingly and Parker Mattingly
2  shall be collected and analyzed in accordance with the joint plan submitted by the parties and
3  approved by the Court.

5  **IT IS SO ORDERED.**

Dated: September 23, 2014

HON. PAUL SINGH GREWAL
U.S. MAGISTRATE JUDGE