UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

CLEAR-VIEW TECHNOLOGIES, INC.,
    Plaintiff,

    v.

JOHN H. RASNICK, et al.,,
    Defendants.
_____/

No. C 13-2744 BLF

**ORDER RE: ATTENDANCE AT MEDIATION**

IT IS HEREBY ORDERED that the request to excuse defendants Will Rasnick and Parker Mattingly from appearing in person at the October 22, 2014, mediation before Howard Herman is GRANTED. The excused parties shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

October 16, 2014
Dated

By: _____
Maria-Elena James
United States Magistrate Judge