AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ District of _____ CALIFORNIA _____

CLEAR-VIEW TECHNOLOGIES, INC.
           Plaintiff (s),
V.
JOHN H. RASNICK, et al.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:13-cv-02744-BLF

Notice is hereby given that, subject to approval by the court, **M&R SOLUTIONS, LLC** (Party (s) Name) substitutes **MATTHEW A. CROSBY of CROSBY & CROSBY, APLC** (Name of New Attorney), State Bar No. **070524** as counsel of record in place of **DAVID R. JOHANSON, DOUGLAS A. RUBEL, AND JAMIE Y. LEE of JACKSON LEWIS P.C.** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: CROSBY & CROSBY, A PROFESSIONAL LAW CORPORATION
Address: 1570 THE ALAMEDA, SUITE 200
Telephone: (408) 370-7500    Facsimile (408) 984-5063
E-Mail (Optional): matt@crosbyplc.com and mike@crosbyplc.com

I consent to the above substitution.
Date: 10-28-14

_M&R SOLUTIONS, LLC_
_JOHN H. RASNICK, MEM-MGR_
(Signature of Party (s))

I consent to being substituted.
Date: 11-10-2014

_Douglas A. Rubel for Jackson Lewis PC_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11-10-2014

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]