UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> JOHN H. RASNICK, et al., <br> Defendants. | Case No. 13-cv-02744-BLF <br><br> **ORDER STRIKING DEFENDANTS' REPLY** <br><br> [Re: ECF 183] |

On April 24, 2015, Defendants filed a reply in support of their motion to exclude testimony from Plaintiff's expert, Dr. Jonathan Neuberger. Defendants' reply is 19 pages, in violation of Civil Local Rule 7-3(c). The Court did not permit a page limit extension for this briefing, nor did Defendants seek one. The Court therefore STRIKES Defendants' reply.

Defendants may file a reply that is compliant with Rule 7-3(c) no later than Friday, May 1, 2015. All argument and the signature page must be within the 15 page limitation. Defendants may not use excessive footnotes in order to get around the page limit requirement.

**IT IS SO ORDERED.**

Dated: April 27, 2015

_____
BETH LABSON FREEMAN
United States District Judge