UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC., ) | Case No. 5:13-cv-02744-BLF |
| Plaintiff, ) | **ORDER DISSOLVING ORDER TO SHOW CAUSE** |
| v. ) | |
| JOHN H. RASNICK, et al., ) | **(Re: Docket No. 196)** |
| Defendants. ) | |

On May 13, 2015, the court ordered Defendants John H. Rasnick, J. Basil Mattingly, Will Rasnick, Parker Mattingly and M&R Solutions, LLC to show cause why they should not be further sanctioned for failing to pay Stroz Freidberg for its forensic analysis services as previously ordered by the court.[1] Earlier today, Defendants filed their response.[2] In light of the declaration submitted,[3] the court is satisfied that no further sanctions are warranted. The order is dissolved.

---

[1] See Docket No. 196 at 20; Docket No. 102 at ¶ 18; Docket No. 103 at 1.

[2] *See* Docket No. 199.

[3] *See* Docket No. 199-1.

1

Case No. 5:13-cv-02744-BLF
ORDER DISSOLVING ORDER TO SHOW CAUSE

**SO ORDERED.**

Dated: May 20, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge