UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC.,, <br> Plaintiff, <br> v. <br> JOHN H. RASNICK, et al., <br> Defendants. | Case No. 13-cv-02744-BLF <br><br> **ORDER STRIKING PARTIES' SEPARATE PRETRIAL DOCUMENTS; FURTHER ORDERING JOINT DOCUMENTS TO BE FILED BY 5 P.M. WEDNESDAY, MAY 27, 2015** <br><br> [Re: ECF 205, 206] |

The above-captioned case is scheduled for a pretrial conference on May 28, 2015 at 2:30 p.m. Pursuant to the undersigned's Standing Order Re Final Pretrial Conference, the parties in this action were required, no later than May 21, 2015, to provide the Court with a joint preliminary statement and a joint proposed verdict form. *See* Standing Order at 5-6.

The parties have failed to comply with the Court's Standing Order. The parties provided the Court with separate preliminary statements and separate verdict forms, both of which were filed late. *See* ECF 205 (separate proposed verdict forms), ECF 206 (separate preliminary statements). Further, the length and complexity of Defendants' proposed verdict, at 135 pages, is unreasonable.

The Court hereby **STRIKES** the parties' proposed preliminary statements and verdict forms. The parties are ORDERED to submit JOINT versions of these two documents, which **fully** comply with the Court's Standing Order, no later than **5 p.m. on Wednesday, May 27, 2015.**

**IT IS SO ORDERED.**

Dated: May 26, 2015

_____
BETH LABSON FREEMAN
United States District Judge