UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC.,,<br><br>Plaintiff,<br><br>v.<br><br>JOHN H. RASNICK, et al.,<br><br>Defendants. | Case No. 13-cv-02744-BLF<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS COUNTERCLAIM AND CERTAIN AFFIRMATIVE DEFENSES**<br><br>[Re: ECF 226] |

Defendants have moved to dismiss, with prejudice, their counterclaim and all but three of their affirmative defenses. Defendants do not dismiss their affirmative defenses of waiver, justification and/or privilege, and freedom of speech. *See* ECF 226 at 3.

This motion was submitted without argument, and Plaintiff advised the Court that it did not oppose the motion.

The Court therefore GRANTS the motion to dismiss, and ORDERS each party to bear its own fees and costs regarding Defendants' counterclaim.

**IT IS SO ORDERED.**

Dated: June 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge