UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC.,, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>JOHN H. RASNICK, et al., <br><br>　　　　Defendants. | Case No.  13-cv-02744-BLF <br><br>**ORDER SUA SPONTE SHORTENING TIME IN WHICH THE MOTION TO WITHDRAW AS COUNSEL MAY BE HEARD; ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL** <br><br>[Re: ECF 266] |

On July 1, 2015, Colt/Singer/Bea LLP, counsel for Plaintiff in the above-captioned action, filed a motion to withdraw as counsel. On July 2, 2015, Gerald North, co-counsel to Plaintiff, filed an opposition to the motion. Plaintiff set the motion to be heard on September 24, 2015.

In light of the issues raised in the motion and opposition, the Court *sua sponte* shortens time in which the motion to withdraw as counsel may be heard. The Court ORDERS counsel for Colt/Singer/Bea and Mr. North to appear for oral argument on the motion on **Thursday, July 9, 2015 at 9:00 a.m.** Counsel for Defendants may appear at this hearing if desired, but their appearance is not required.

Colt/Singer/Bea may file a Reply brief, not to exceed five (5) pages, no later than Tuesday, July 7, 2015.

**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
BETH LABSON FREEMAN
United States District Judge