UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN H. RASNICK, et al.,<br><br>Defendants. | Case No. 13-cv-02744-BLF<br><br>**ORDER CONSTRUING PLAINTIFF'S MOTION TO EXTEND TIME TO SUPPLEMENT MOTION FOR ATTORNEY'S FEES AND TO SUPPLEMENT MOTION FOR ATTORNEY'S FEES AS AN ADMINSTRATIVE MOTION; ORDERING DEFENDANT TO RESPOND WITHIN FOUR (4) DAYS**<br><br>[Re: ECF 282] |

On July 10, 2015, Plaintiff filed a motion seeking an extension of time to supplement its motion for attorney's fees and to supplement its motion for attorney's fees. ECF No. 282.

The Court hereby construes this motion as an administrative motion brought pursuant to Civil Local Rule 7-11, and ORDERS Defendant to respond, in no more than five (5) pages, by 12 p.m. on July 17, 2015.

**IT IS SO ORDERED.**

Dated: July 13, 2015

_____
BETH LABSON FREEMAN
United States District Judge