UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEAR-VIEW TECHNOLOGIES, INC.,,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN H. RASNICK, et al.,<br><br>    Defendants. | Case No.  13-cv-02744-BLF<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO HOLD HEARING FOR ALL POST-TRIAL MATTERS ON AUGUST 27, 2015**<br><br>[Re:  ECF 265, 270, 288] |

The Court entered judgment in the above captioned case on June 18, 2015.  *See* ECF No. 261.  On August 7, 2015, the parties completed their post-trial briefing.  The following motions are currently pending before the Court: Defendants' Motion for Attorneys' Fees which is set for a hearing on August 27, 2015, *see* ECF No. 265; Plaintiff's Motion for Attorneys' Fees which is set for a hearing on September 24, 2015, *see* ECF No. 270; and Plaintiff's Motion to Set Aside Judgment or in the Alternative for a New Trial and for Permanent Injunction and an Amended Judgment ("New Trial") which is set for a hearing on November 12, 2015.  *See* ECF No. 288.

In Defendants' opposition to Plaintiff's Motion for a New Trial, Defendants requested that all post-trial matters be heard on August 27, 2015.  *See* ECF No. 291 at 25.  Plaintiff has not objected to this request.  In the interest of efficiency, the Court GRANTS Defendants' request and orders that the above three motions will be heard on August 27, 2015 at 9:00 am.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
BETH LABSON FREEMAN
United States District Judge